Application denied without prejudice. Defendants with assigned counsel cannot replace counsel just for the asking. I will inquire at the 11/9/22 proceeding as to whether good cause for the appointment of new counsel exists.

SO ORDERED.

*Cathy Seibel* 10/31/22
CATHY SEIBEL, U.S.D.J.

# Green & Willstatter
### Attorneys at Law
200 Mamaroneck Avenue
Suite 605
White Plains, New York 10601

Theodore S. Green
Richard D. Willstatter

(914) 948-5656
Fax (914) 948-8730

e-mail: willstatter@msn.com

October 28, 2022

Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Anthony Ford</u>
S1 14 Cr. 476 (CS)

Dear Judge Seibel:

The Court has appointed me to represent Anthony Ford in connection with the November 9, 2022 hearing on his alleged non-compliance with the terms of supervised release.

I spoke with Mr. Ford this afternoon to inform him of the issues in his case.

Mr. Ford requests for the Court to appoint a different lawyer to represent him. He does not want me to represent him. I respectfully move to be relieved.

Very truly yours,

/s/
Richard D. Willstatter